UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HECTOR FERNANDO MARTINEZ ACOSTA,<br>Plaintiff,<br><br>v.<br><br>KEVIN RAYCRAFT et al.,<br>Defendants. | Case No. 26-13010<br>Honorable Shalina D. Kumar<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DIRECTING SERVICE**

Petitioner Hector Fernando Martinez Acosta ("Petitioner") brings this petition for writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. The Court ordered Respondents to show cause why the petition should not granted and directed the Clerk of Court to serve a copy of the petition on Respondents. ECF No. 2. The petition was forwarded to the U.S. Attorney's Office ("USAO") on August 25, 2026, and counsel for Respondents filed an appearance that same day. ECF No. 3. However, forwarding a copy of the petition to the USAO does not constitute service of process. Petitioner remains responsible for properly serving the petition. A review of the docket does not show that service has been perfected as to any Respondent.

Accordingly, **IT IS ORDERED** that Petitioner **MUST** complete service of process on Respondents. Failure to do so will result in his petition being dismissed without prejudice. *See* Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED**.

s/ Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge

Dated: September 15, 2026